## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| BRITTANY PERROUX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 1:24-cv-00107-RP |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| and TRANS UNION, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff BRITTANY PERROUX ("Plaintiff") and Defendant TRANS UNION, LLC ("Trans Union") have reached a settlement. The Parties anticipate filing a Stipulation for Dismissal with Prejudice as to Defendant Trans Union pursuant to Fed. R. Civ. P. 41(a) within 45-days.

Dated: April 9, 2024         */s/ James M. Smith*

James M. Smith
Doherty Smith, LLC
9501 W. 144th Place, Suite 101
Orland Park, IL 60462
Tel: (708) 645-8824
Fax: (312) 319-4084
jsmith@dohertysmith.com

1

Tod A. Lewis (Texas Bar #24091999)
Tod Lewis Law, PLLC
5900 Balcones Drive #17239
512-739-0390 (cell)
1-737-205-1291 (facsimile)
Tod@texasfaircredit.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the Tuesday, April 9, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all users.

      By: /s/ James M. Smith-