UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRITTANY PERROUX, §<br>*Plaintiff* §<br>§<br>v. §<br>§<br>EQUIFAX INFORMATION §<br>SERVICES LLC, EXPERIAN §<br>INFORMATION SOLUTIONS, INC., §<br>*Defendants* | Case No. 1-24-CV-00107-JRN |

### ORDER

Before the Court is the above-entitled and styled cause of action. On September 27, 2024, Plaintiff Brittany Perroux and Defendant Equifax Information Services, LLC, dismissed all claims between them by joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 35. Stipulated dismissals under this Rule "require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, it is **ORDERED** that all claims between Plaintiff Brittany Perroux and Defendant Equifax Information, Services, LLC, are **DISMISSED WITH PREJUDICE**.

Signed this 29th day of September 2024.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE