UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Brittany Perroux, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1-24-CV-00107-JRN |
| | § | |
| Experian Information Solutions, Inc., | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the above-entitled and styled cause of action. On January 3, 2025, the parties dismissed this action with prejudice by filing a joint stipulation of dismissal under Rule 41(a)(1)(A)(ii). Dkt. 41, at 1 (citing FED. R. CIV. P. 41(a)(1)(A)(ii)). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, this action has been dismissed **WITH PREJUDICE**, and the Court enters the following final judgment under Rule 58. *See* FED. R. CIV. P. 58.

It is **ORDERED** that all relief not expressly granted is hereby **DENIED**.

It is further **ORDERED** that all pending motions are **MOOT**.

It is further **ORDERED** that each party bears its own costs.

It is finally **ORDERED** that this action is hereby **CLOSED**.

SIGNED on January 3, 2025.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE